UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America,

    Plaintiff,

v.

One Painting Entitled "Winter" aka "Skaters" aka "Snow,"

    Defendant.

Civil Action No. 1:19-CV-1271 (MAD/CFH)

**AFFIDAVIT OF NON-MILITARY, NON-INFANCY, AND NON-INCOMPETENCY**

---

State of New York  )
                       ) ss:
County of Albany  )

CHRISTOPHER R. MORAN, being duly sworn, deposes and says as follows:

1. I am an Assistant United States Attorney for the Northern District of New York. I represent the United States in this action.

2. Upon information and belief, the potential claimants to the defendant property are not in the military service of the United States, are not infants, and are not incompetent persons.

3. On October 31, 2019, the United States sent a copy of the complaint, and arrest warrant, by Federal Express, to The Arkell Museum and Charles J. Tallent, Esq., Mackenzie & Tallent. The Certificate of Service was filed with the Court on November 15, 2019. Dkt. #6.

4. On or about November 15, 2019, the undersigned received a letter from attorney Charles J. Tallent, on behalf of the Canajoharie Library & Art Gallery, a/k/a The Arkell Museum,

stating that The Arkell Museum did not object to the relief sought in the United States' complaint, and would not be filing a verified claim or Answer in this matter.

5. On October 31, 2019, the United States sent a copy of the complaint, and arrest warrant, by Federal Express, to the Mosse Foundation, the University of Wisconsin and Joy Mosse. The Certificate of Service was filed with the Court on November 15, 2019. Dkt. #7.

6. Pursuant to Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, public notice of this action was published on an official government forfeiture site (www.forfeiture.gov) for 30 consecutive days, beginning on October 29, 2019.  Dkt. #17.

7. The United States believes it has taken reasonable steps to attempt to provide actual notice of this action to all known potential claimants.

Dated:  January 13, 2020

Respectfully submitted,

GRANT C. JAQUITH
United States Attorney

By: *[signature]*

CHRISTOPHER R. MORAN
Assistant United States Attorney

Sworn to before me this
13th day of January, 2020

*[signature]*
Notary Public

JESSICA FEREDAY
Notary Public, State of New York
No. 01FE6408163
Qualified in Rensselaer County
Commission Expires January 6, 2023