UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>One Painting Entitled "Winter" aka "Skaters" aka "Snow,"<br><br>　　　　　　Defendant. | Civil Action No. 1:19-CV-1271 (MAD/CFH)<br><br>**ORDER BARRING ALL FURTHER CLAIMS** |

　　　　Upon consideration of the United States' status report, and the Court being satisfied that the government as provided notice to all known potential claimants pursuant to Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, it is hereby

　　　　ORDERED that, with the exception of the claim of The Mosse Foundation through its attorney Charles G. LaBella of Barnes & Thornburg LLP, all future claims to the defendant property are forever barred, and it is further

　　　　ORDERED that the claim of The Mosse Foundation shall proceed into discovery, and it is further

　　　　ORDERED that, if the parties have not filed documents resolving this matter within 60 days after the filing of this order, the United States shall contact the claimant to set out and agree upon a schedule of expiration dates dealing with joinder of parties, amendment of pleadings, discovery, filing of motions and a proposed trial date, and memorialize this agreement in a stipulation form which shall be signed by the parties and so ordered by the assigned United States Magistrate Judge.  Said stipulation shall be filed no later than 90 days from the date of this order.

IT IS SO ORDERED.

January 15, 2020

_____
Hon. Mae A. D'Agostino
U.S. District Judge