UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONE PAINTING ENTITLED "WINTER" aka "SKATERS" aka "SNOW,"<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-1271 (MAD/CFH)<br><br>FINAL ORDER OF FORFEITURE |

**THIS COURT** having before it the signed Stipulation of Judgment, executed by the parties to the above-referenced action, and the parties having agreed to its terms as indicated by their signatures, it is hereby,

**ORDERED** that, One Painting Entitled "Winter" aka "Skaters" aka "Snow," shall be returned to the claimant, the Mosse Foundation and it is further;

**ORDERED** that all parties shall bear their own fees, costs, and expenses, and it is further;

**ORDERED**, that this Court shall retain jurisdiction for the purposes of enforcing the terms of the Stipulation of Judgment, and it is further;

**ORDERED**, that the Clerk of this Court shall enter a judgment of forfeiture in accordance with the terms of this Order.

Dated: March 2, 2020

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Mae A. D'Agostino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge