UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>One Painting Entitled "Winter" aka "Skaters" aka "Snow,"<br><br>　　　　Defendant. | Civil Action No. 1:19-cv-1271 (MAD/CFH)<br><br>**JUDGEMENT IN A CIVIL CASE** |

**WHEREAS**, by virtue of the Final Order of Forfeiture filed with the United States District Court for the Northern District of New York, on  March 2, 2020 , it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendant property at issue in the Civil Action, One Painting Entitled "Winter" aka "Skaters" aka "Snow,"  is returned to the Claimant, The Mosse Foundation through its attorney Charles G. LaBella of Barnes & Thornburg LLP.

| March 2, 2020 | JOHN DOMURAD, CLERK |
|---|---|
| Date | Clerk |
| | *[signature]* |
| | (By) Deputy Clerk |